# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0237.  ROBERT JAY DAVIS v. THE STATE.

In September 2011, Robert Jay Davis pled guilty to several offenses, including aggravated stalking.  As part of his sentence, Davis is permanently restrained from contacting the victims.  Following his plea, Davis has filed multiple pleadings attempting to challenge the permanent restraining order.  On appeal, this Court has repeatedly rejected Davis's challenges.  See Case Numbers A14D0453, A14A2326, A15D0345, A15A1670, A15A2297.  Most recently, Davis filed a motion to vacate the allegedly void permanent restraining order.  The trial court denied the motion, and Davis filed this appeal.  As we have advised Davis previously, see Case No. A15A2297 (Order of September 28, 2015), the propriety of the restraining order is not subject to relitigation.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our rulings in the prior cases before this Court act as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  Thus, Davis is barred from seeking further judicial review on this issue. See id.; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals).  Accordingly, this appeal

is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__12/04/2017_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*